

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.#2012R02065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 7, 2012

**Via ECF**

Jon May, Esq.
May & Cohen P.A.
1001 Brickell Bay Drive, Suite 2206
Miami, FL 33131

Barry E. Schulman, Esq.
16 Court Street
Brooklyn, NY 11241

        Re:  United States v. Thomas Farese, et al.
             Criminal Docket No. 12-94 (FB)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery in the above-captioned case. Please also consider this letter to be the government's request for reciprocal discovery.

      In or about and between April 2011 and December 2011, a cooperating witness ("CW-1"), who was a member of the Colombo crime family of La Cosa Nostra (the "Colombo family"), consensually recorded meetings and telephone conversations with one or more of the defendants and their associates.[1] The government may seek to introduce these recordings, in whole or in part, at trial during its case-in-chief. You may obtain these recordings through DupeCoop by contacting John Palermo at (973) 895-1359.

      Because this letter discloses several consensual recordings made by a cooperating witness of individuals who are defendants in United States v. Andrew Russo, et al., 11 CR 30 (KAM), (the "Firewall Materials"), the government instituted firewall procedures. Pursuant to firewall procedures instituted in connection with the cooperating witness's proactive cooperation, the prosecutors and agents involved in the

---

    [1]    The information provided herein reflects the government's current understanding of which defendants are captured speaking during the consensually-recorded communications.

investigation and prosecution of the Russo case – including Assistant United States Attorneys Elizabeth Geddes and Allon Lifshitz – have not reviewed the Firewall Materials, nor have they been made aware of their contents.  The Firewall Materials included in this Rule 16 disclosure are labeled: DX 278 - 36465, 36467, 36476, 36478, 36479, 36484, 36485, 36490, 36491, 36493, 36500, 36502, 36503, 36509, 36512, 36517, 36518, 36519, 36520, 36521, 36522, 36523, 36524, 36526, 36527, 36529, 36531, 36533, 36537, 36541, 36543, 36544, 36545, 36550, 36552, 36556, 36558, 36559, 36561, 36562, 36563, 36564, 36565, 36566, 36567, 36568, 36587, 36588, 36605, 36606, 36622, and 36623.  Should you have any questions about any of the Firewall Materials, please contact Assistant United States Attorneys Jack Dennehy at (718) 254-6133, or Jacquelyn M. Kasulis at (718) 254-6103.

| DESCRIPTION | DEFENDANTS INTERCEPTED | BATES RANGE |
|---|---|---|
| Consensual recording dated 4/18/11 (H1) | | 36464 |
| Consensual recording dated 4/26/11 (H2) | | 36465 |
| Consensual recording dated 4/28/11 (H3) | | 36466 |
| Consensual recording dated 5/2/11 (H4) | | 36467 |
| Consensual recording dated 5/3/11 (H5) | | 36468 |
| Consensual recording dated 5/3/11 (H6A) | | 36469 |
| Consensual recording dated 5/3/11 (H6B) | Farese | 36470 |
| Consensual recording dated 5/4/11 (H7A) | | 36471 |
| Consensual recording dated 5/4/11 (H7B) | | 36472 |
| Consensual recording dated 5/5/11 (H8) | | 36473 |
| Consensual recording dated 5/10/11 (H9) | | 36474 |
| Consensual recording dated 5/11/11 (H10) | | 36475 |
| Consensual recording dated 5/12/11 (H11) | | 36476 |
| Consensual recording dated 5/13/11 (H12) | | 36477 |
| Consensual recording dated 5/13/11 (H13) | | 36478 |
| Consensual recording dated 5/15/11 (H14) | | 36479 |
| Consensual recording dated 5/17/11 (H15) | | 36480 |
| Consensual recording dated 5/18/11 (H16) | | 36481 |

| DESCRIPTION | DEFENDANTS INTERCEPTED | BATES RANGE |
|---|---|---|
| Consensual recording dated 5/18/11 (H17) | | 36482 |
| Consensual recording dated 5/19/11 (H18) | | 36483 |
| Consensual recording dated 5/20/11 (H19) | | 36484 |
| Consensual recording dated 5/20/11 (H20) | | 36485 |
| Consensual recording dated 5/24/11 (H21) | | 36486 |
| Consensual recording dated 5/24/11 (H22) | | 36487 |
| Consensual recording dated 5/26/11 (H23) | | 36488 |
| Consensual recording dated 5/30/11 (H24) | | 36489 |
| Consensual recording dated 5/31/11 (H25) | | 36490 |
| Consensual recording dated 6/2/11 (H26) | | 36491 |
| Consensual recording dated 6/2/11 (H27) | | 36492 |
| Consensual recording dated 6/3/11 (H28) | | 36493 |
| Consensual recording dated 6/8/11 (H29) | Truglia | 36494 |
| Consensual recording dated 6/9/11 (H30) | | 36495 |
| Consensual recording dated 6/16/11 (H31) | | 36496 |
| Consensual recording dated 6/17/11 (H32) | | 36497 |
| Consensual recording dated 6/21/11 (H33) | | 36498 |
| Consensual recording dated 6/23/11 (H34) | | 36499 |
| Consensual recording dated 6/24/11 (H35) | | 36500 |
| Consensual recording dated 6/29/11 (H36) | | 36501 |
| Consensual recording dated 6/30/11 (H37) | | 36502 |
| Consensual recording dated 7/8/11 (H38) | | 36503 |
| Consensual recording dated 7/8/11 (H39) | | 36504 |
| Consensual recording dated 7/12/11 (H40) | | 36505 |
| Consensual recording dated 7/14/11 (H41) | | 36506 |
| Consensual recording dated 7/15/11 (H42) | | 36507 |
| Consensual recording dated 7/19/11 (H43) | | 36508 |

| DESCRIPTION | DEFENDANTS INTERCEPTED | BATES RANGE |
|---|---|---|
| Consensual recording dated 7/22/11 (H44) | | 36509 |
| Consensual recording dated 7/29/11 (H45) | | 36510 |
| Consensual recording dated 8/2/11 (H46) | | 36511 |
| Consensual recording dated 8/5/11 (H47) | | 36512 |
| Consensual recording dated 8/10/11 (H48) | | 36513 |
| Consensual recording dated 8/12/11 (H49) | | 36514 |
| Consensual recording dated 8/15/11 (H50) | | 36515 |
| Consensual recording dated 8/17/11 (H51) | | 36516 |
| Consensual recording dated 8/19/11 (H52) | | 36517 |
| Consensual recording dated 8/24/11 (H53) | | 36518 |
| Consensual recording dated 8/26/11 (H54) | | 36519 |
| Consensual recording dated 8/31/11 (H55) | | 36520 |
| Consensual recording dated 9/2/11 (H56) | | 36521 |
| Consensual recording dated 9/8/11 (H57) | | 36522 |
| Consensual recording dated 9/9/11 (H58) | | 36523 |
| Consensual recording dated 9/14/11 (H59) | | 36524 |
| Consensual recording dated 9/16/11 (H60) | | 36525 |
| Consensual recording dated 9/21/11 (H61) | | 36526 |
| Consensual recording dated 9/23/11 (H62) | | 36527 |
| Consensual recording dated 9/28/11 (H63) | | 36528 |
| Consensual recording dated 9/30/11 (H64) | | 36529 |
| Consensual recording dated 10/4/11 (H65) | | 36530 |
| Consensual recording dated 10/7/11 (H66) | | 36531 |
| Consensual recording dated 10/13/11 (H67) | | 36532 |
| Consensual recording dated 10/14/11 (H68) | | 36533 |
| Consensual recording dated 10/19/11 (H69) | | 36534 |
| Consensual recording dated 10/21/11 (H70) | | 36535 |

| DESCRIPTION | DEFENDANTS INTERCEPTED | BATES RANGE |
|---|---|---|
| Consensual recording dated 10/24/11 (H71) | | 36536 |
| Consensual recording dated 10/26/11 (H72) | | 36537 |
| Consensual recording dated 10/28/11 (H73) | | 36538 |
| Consensual recording dated 11/3/11 (H74) | | 36539 |
| Consensual recording dated 11/4/11 (H75) | | 36540 |
| Consensual recording dated 11/9/11 (H76) | | 36541 |
| Consensual recording dated 11/10/11 (H77) | | 36542 |
| Consensual recording dated 11/11/11 (H78) | | 36543 |
| Consensual recording dated 11/14/11 (H79) | Farese | 36544 |
| Consensual recording dated 11/15/11 (H80) | Truglia | 36545 |
| Consensual recording dated 11/16-17/11 (H81) | Farese and Truglia | 36546 |
| Consensual recording dated 11/18/11 (H82) | | 36547 |
| Consensual recording dated 11/23/11 (H83A) | | 36548 |
| Consensual recording dated 11/23/11 (H83B) | | 36549 |
| Consensual recording dated 11/25/11 (H84) | | 36550 |
| Consensual recording dated 11/30/11 (H85) | | 36551 |
| Consensual recording dated 12/1/11 (H86) | | 36552 |
| Consensual recording dated 12/5/11 (H87) | | 36553 |
| Consensual recording dated 12/6/11 (H88) | | 36554 |
| Consensual recording dated 12/7/11 (H89) | | 36555 |
| Consensual recording dated 12/7/11 (H90) | | 36556 |
| Consensual recording dated 12/8/11 (H91) | | 36557 |
| Consensual recording dated 12/11/11 (H93A) | Truglia | 36558 |
| Consensual recording dated 12/11/11 (H93B) | | 36559 |

| **DESCRIPTION** | **DEFENDANTS INTERCEPTED** | **BATES RANGE** |
|---|---|---|
| Consensual recording dated 12/11/11 (H93C) | Farese and Truglia | 36560 |
| Consensual recording dated 12/13/11 (H94) | | 36561 |

* * *

| **DESCRIPTION** | **BATES RANGE** |
|---|---|
| Consensual telephone calls placed by or made to Joseph Carna at (718) 948-9380 between April and June 2011 | 36562 |
| Consensual telephone calls placed by or made to Joseph Carna at (718) 494-8511 between May 2011 and September 2011 | 36563 |
| Consensual telephone calls placed by or made to Joseph Carna at (718) 219-7894 between May 2011 and November 2011 | 36564 |
| Consensual telephone calls placed by or made to Joseph Carna at (347) 753-6380 between July 2011 and December 2011 | 36565 |
| Consensual telephone calls placed by or made to Joseph Carna at (718) 948-9628 in September 2011 | 36566 |
| Consensual telephone calls placed by or made to Joseph Carna at (718) 980-3398 in September 2011 | 36567 |
| Consensual telephone calls placed by or made to John Maggio at (646) 509-6255 between May 2011 and June 2011 | 36568 |
| Application and Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number (347) 804-2816, and Mobile Equipment Identifier ("MEID") A00000248BEC2B, and a Cellular Telephone Assigned Telephone Number (954)459-5083, and MEID A0000029212991, dated April 7, 2011 | 36569-36586 |
| Consensual telephone calls placed by or made to (347) 804-2816 between April 7, 2011 and July 12, 2011 | 36587 |

6

| **DESCRIPTION** | **BATES RANGE** |
|---|---|
| Consensual telephone calls placed by or made to (954) 459-5083 between April 7, 2011 and July 12, 2011 | 36588 |
| Application and Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number (347) 804-2816, and Mobile Equipment Identifier ("MEID") A00000248BEC2B, and a Cellular Telephone Assigned Telephone Number (954)459-5083, and MEID A0000029212991, dated July 7, 2011 | 36589-36604 |
| Consensual telephone calls placed by or made to (347) 804-2816 between July 12, 2011 and October 5, 2011 | 36605 |
| Consensual telephone calls placed by or made to (954) 459-5083 between July 12, 2011 and October 5, 2011 | 36606 |
| Application and Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number (347) 804-2816, and Mobile Equipment Identifier ("MEID") A00000248BEC2B, and a Cellular Telephone Assigned Telephone Number (954)459-5083, and MEID A0000029212991, dated October 5, 2011 | 36607-36621 |
| Consensual telephone calls placed by or made to (347) 804-2816 between October 5, 2011 and December 15, 2011 | 36622 |
| Consensual telephone calls placed by or made to (954) 459-5083 between October 5, 2011 and December 15, 2011 | 36623 |

Please contact the undersigned if you have any questions or additional requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:  /s/
Elizabeth Geddes
Allon Lifshitz
Assistant U.S. Attorneys
(718) 254-6430
(718) 254-6164

cc: Clerk of the Court (FB)