

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F# 2012R02065

225 Cadman Plaze East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
February 3, 2012

Mr. Thomas Farese

BROOKLYN OFFICE

Re: U.S. vs. Thomas Farese
<u>Criminal Docket No. CR-12-094</u>

Dear Mr. Farese:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Friday, the 10th day of February, 2012 at **11:00 A.M.**, A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: Grand Jury Coordinator (R. Greene)

CC: Hon. Frederic Block (Mag. Levy will accept the plea.)

Elizabeth Geddes
Assistant U.S. Attorney

Jonathan May, Esq.

Pretrial Services Officer



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F# 2012R02065

225 Cadman Plaza East
Brooklyn, New York 11201

February 3, 2012

FILED
IN CLERK'S O...
U.S DIST...

Mr. Pat Truglia

Re: U.S. vs. Pat Truglia
Criminal Docket No. CR-12-094

BROOKLYN OFFICE

Dear Mr. Truglia:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Friday, the 10th day of February, 2012 at 11:00 A.M., A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: Grand Jury Coordinator (R. Greene)

CC: Hon. Frederic Block (Mag. Levy will accept the plea.)

Elizabeth Geddes
Assistant U.S. Attorney

Barry E. Schulman, Esq.

Pretrial Services Officer