# May & Cohen P.A.
**1001 Brickell Bay Drive**
**Suite 2206**
**Miami, FL 33131**

**Jon May**                                              305.373.3740 voice
**Carol Cohen**                                          crimlawfed@gmail.com

February 9, 2012

Duty Magistrate
United Stated District Court
Eastern District New York
718.613.2623

Re: Arraignment, Thomas Farese, Case No. 12-cr-00094

Dear Judge,

I represent Thomas Farese who is scheduled for arraignment tomorrow, Friday, February 10, 2012 in Brooklyn. Mr. Farese is currently at the Federal Detention Center in Miami, Florida and it is not known when the Marshal Service will transport him to New York. The only thing that is certain, is that he will not be in court tomorrow. On Mr. Farese's behalf, I respectfully request that his arraignment be postponed until he is in New York and that I be excused from attending court tomorrow.

Respectfully,

Jon May

cc: Elizabeth Geddes, USAO

*Application granted.*

*SO ORDERED*

s/ MJ Go

USMJ
2/9/12