AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 12 Cr. 94 (FB) |
| Thomas Farese | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thomas Farese

Date:  02/27/2012

*Attorney's signature*

Sarita Kedia - sk9252
*Printed name and bar number*

5 East 22nd Street
Suite 7B
New York, NY  10010

*Address*

skedia@kedialaw.com
*E-mail address*

(212) 681-0202
*Telephone number*

(212) 614-0202
*FAX number*