# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Robert M. Levy              **DATE :**   3/5/12

**DOCKET NUMBER:**   12CR94(FB)           **LOG #:**   2:46 – 2:58
                                                          3:37 – 3:39
**DEFENDANT'S NAME :**   Thomas Farese
___ Present   ✓ Not Present     ✓ Custody   ___ Bail

**DEFENSE COUNSEL :**   Sarita Kedia
___ Federal Defender   ___ CJA   ✓ Retained

**A.U.S.A:**   Jack Denehy / Allon Lifshitz     **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :** _____   (Language) _____

__Status__ Hearing held.  _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop_____

____ Order of Speedy Trial entered.   Code Type____   Start_____   Stop_____

____ Defendant's first appearance.   ____Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** Dff not arraigned and bail application not considered by the court pending the dff's arrival from Florida.