## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE JOAN M. AZRACK**          DATE :  3 /20 /12

**DOCKET NUMBER: 12 CR 94 (FB)**          LOG # :  2:19 – 2:24

**DEFENDANT'S NAME :** THOMAS FARESE
___ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL :** SARITA KEDIA
___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A  Jack Dennehy  *(Kavin Orenstein for)*          **DEPUTY CLERK :** SM YUEN

**INTERPRETER :** _____ (Language) _____

___ Hearing held.   ___ Hearing adjourned to _____

✓ Defendant was released on $2.5 million PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start___   Stop___

___ Order of Speedy Trial entered.   Code Type___   Start___   Stop___

___ Defendant's first appearance.   ___Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** _____