# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

March 23, 2012

**BY ECF**

Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

                *Re:*    *United States v. Farese, Ind. No. 12 Cr. 094*

Dear Judge Block:

      I respectfully write to inform the Court that Mr. Farese has now been released on bail pending trial.  Based on various trial conflicts that were discussed at the status conference last Friday, March 16, 2012, all parties agree that a trial date in late September of this year would be appropriate if the Court is able to accommodate us then.  In order that he can continue with his current counsel, Mr. Farese agrees to the exclusion of time under the Speedy Trial Act as necessary to accommodate a fall trial date.

                                                Respectfully yours,
                                                /s/
                                                Sarita Kedia

cc:    Jack Dennehy, Esq.
        Barry Schulman, Esq.
        (By ECF)