UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO. 12-cr-00094-FB-1

UNITED STATES OF AMERICA,

vs.

THOMAS FARESE
_____/

**UNOPPOSED MOTION TO WITHDRAW**

Attorney Jon May respectfully requests that he be permitted to withdraw as counsel of record in the above styled cause. In support of this motion, counsel would show as follows:

1. On February 1, 2012, undersigned counsel appeared as counsel in the instant case. Counsel was subsequently replaced by Ms. Sarita Kedia who filed her appearance on March 7, 2012.

2. Jon May has been discharged from any further responsibilities in the case by Defendant Thomas Farese.

3. Counsel has consulted with Ms. Kedia and with counsel for the United States who have no objection to the instant motion.

WHEREFORE, Attorney Jon May, respectfully requests that he be permitted to withdraw as counsel in the instant case.

Respectfully submitted,

*/s Jon May*
Jon May (FLBarNo.276571)
crimlawfed@gmail.com
801 Brickell Avenue
Suite 900
Miami, FL 33131
305.373.3740 office
786.228.0246 fax

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel or parties of record on the Service List below.

*s/ Jon May*
Jon May

## **SERVICE LIST**

| **Jack Dennehy**<br>United States Attorneys Office<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201-1820<br>718-254-6133<br>Fax: 718-254-6478<br>Email: jack.dennehy@usdoj.gov | **Sarita Kedia**<br>Law Offices of Sarita Kedia<br>5 East 22nd Street<br>Suite 7B<br>New York, NY 10010<br>212-681-0202<br>Fax: 212-614-0202<br>Email: skedia@kedialaw.com |
|---|---|