# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

June 25, 2012

**BY ECF**

Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

              *Re:*    *United States v. Farese, Ind. No. 12 Cr. 094*

Dear Judge Block:

      I respectfully write to request certain bail modifications on behalf of Thomas Farese.  Mr. Farese is currently released on a 2.5 million dollar secured bond.  He resides in the Southern District of Florida and is on home detention with electronic monitoring.  He is charged with conspiring in and aiding and abetting the laundering of $40,000 and is scheduled to begin trial on October 1, 2012.  Mr. Farese is presently permitted to travel for work, medical appointments, attorney visits and court appearances.  We respectfully request two modifications.

      First, Mr. Farese requests permission to travel to Hawaii for a wedding from August 28th until September 5, 2012.  I have provided the government with the requested information regarding this trip.  Both the government and Pretrial Services consent to Mr. Farese's travel to Hawaii for this time period.

      Second, we ask that Mr. Farese be placed on a curfew rather than home detention. Currently, Mr. Farese is permitted to leave his home to work each day.  He is in regular contact with his supervising Pretrial Services Officer Rick Samson and provides Mr. Samson with his work schedule.  Mr. Samson reports that Mr. Farese has been fully compliant with his release conditions.  In order that Mr. Farese is able to attend to his additional chores and have dinner outside of his home on occasion, we ask that he be permitted to have a curfew enabling him to leave his home between 8 a.m. and 10 p.m.  He will remain on electronic monitoring and the 2.5 million dollar bond will remain in place in order to ensure that he does not flee and that he abides

Honorable Frederic Block
United States District Judge
June 25, 2012
Page 2

by the remaining conditions of his release. Pretrial Services Officer Rick Samson consents to Mr. Farese's request for a curfew rather than home detention. The government does not consent to this request.

      I will provide any additional information to the Court and the government regarding the requested modifications as the Court directs.

                                Respectfully yours,
                                /s/
                                Sarita Kedia

cc:      AUSA Jack Dennehy
         (By ECF)

         Pretrial Services Officer Rick Samson
         (By e-mail)