

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

EAG/JD/AL
F.#2011R02065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 20, 2012

<u>By ECF</u>

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Thomas Farese
          <u>Criminal Docket No. 12-94 (FB)</u>

Dear Judge Block:

      In light of the Court's prior Order granting the defendant Thomas Farese's motion for bail pending trial, which was granted over the government's objection, the government does not now object to the defendant's motion, dated July 19, 2012, for continued bail in the event that the United States Parole Commission grants bail to the defendant.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:       /s/
       Elizabeth A. Geddes
       Jack Dennehy
       Allon Lifshitz
       Assistant U.S. Attorneys
       (718) 254-6430/6133/6164

cc:   Clerk of the Court (by ECF)
     Sarita Kedia, Esq. (by ECF)
     Senior U.S. Pretrial Services Officer Anna Lee (by email)
     U.S. Pretrial Services Officer Ignace Sanon-Jules (by email)